**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6916**

———————

KEVIN ORLANDO SMITH,

                                        Petitioner - Appellant,

        versus

DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-99-1544-AM)

———————

Submitted:  January 5, 2001          Decided:  January 18, 2001

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Kevin Orlando Smith, Appellant Pro Se.  Robert H. Anderson, III,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin Orlando Smith appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Smith v. Director, Virginia Dep't. of Corrections, No. CA-99-1544-AM (E.D. Va. Apr. 25 & May 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented  in the materials before the court and argument would not aid in the decisional process.

DISMISSED

2